# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUSHRA BUTRES,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ASSET ACCEPTANCE, LLC,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 12-cv-2749-LAB-KSC<br><br>**ORDER DISMISSING CASE** |

Pursuant to the Court's July 24 order to show cause, to which Plaintiff has not responded, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED**.

DATED: August 20, 2014

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge